# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

THOMAS GROSS, on behalf of himself
and on behalf of all others similarly situated,

          Plaintiffs,

v.                          CASE NO. 8:17-cv-1920-CEH-TGW

ADVANCED DISPOSAL SERVICES, INC.,

          Defendant.
_____/

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, Thomas Gross, on his own behalf and on behalf of the putative classes he seeks to represent, hereby provides the Court Notice of Supplemental Authority and states:

1. Plaintiff's Motion for Class Certification (Dkt.37) and Defendant's Motion for Judgment on the Pleadings (Dkt.36) are currently pending before the Court. The Supplemental Authority (Exhibit "A," attached hereto) was not available to Plaintiff at the time Plaintiff filed his Motion for Class Certification (Dkt.37) or Plaintiff's Response to Defendant's Motion for Judgment on the Pleadings (Dkt.43).

2. The Supplemental Authority is relevant to the above motions currently pending before the Court. Specifically, on May 8, 2018, a sister court in the Middle District of Florida found a plaintiff alleging violation of 15 U.S.C. §§ 1681b(b)(2)(A)(i)-(ii) to have Article III Standing and certified a "Background Check Class" identical to the putative "Background Check Class" Plaintiff has moved this Court to certify (Dkt.37). *Fosbrink v. Area Wide Protective, Inc.,* 8:17-cv-01154-JSM-CPT, (M.D.Fla., May 8, 2018, Moody, J.) (D.E. 58).

Respectfully submitted,

**MORGAN & MORGAN, P.A.**

**/s/** *Marc R. Edelman*
Marc R. Edelman, Esq.
Fla. Bar No. 0096342
201 N. Franklin Street, #700
Tampa, FL 33602
Telephone 813-223-5505
Fax: 813-257-0572
MEdelman@forthepeople.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of May, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to: Jacqueline Simms-Petredis, Esq., of Burr & Forman LLP, 201 N. Franklin Street, Suite 3200, Tampa, FL 33602; K. Bryance Metheny, Esq., and Hilson H Carlton, Esq., of Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL 35203. Bmetheny@burr.com;jsimms-petredis@burr.com;Hcarlton@burr.com

**MORGAN & MORGAN, P.A.**

**/s/** *Marc R. Edelman*